IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**RUSSELL H. HARDY, III**     **PLAINTIFF**

**V.**     **CIVIL ACTION NO.: 4:14cv8-SA-DAS**

**DR. JAMES BURKE, ET AL.**     **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the memorandum opinion and order entered this day, Defendants' Motion for Summary Judgment [77] is **GRANTED**, and the instant case is hereby **DISMISSED** with prejudice as frivolous, counting as a "strike" under 28 U.S.C. §§ 1915(e)(2)(B) and 1915(g).

**SO ORDERED** this the 11th day of December, 2015.

                                                            /s/ Sharion Aycock
                                                            **U.S. DISTRICT JUDGE**